

FILED

SEP 2 2 2010

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| RICHARD HAUGEN,<br><br>        Petitioner,<br><br>        v.<br><br>JOHN MARSHALL, Warden,<br><br>        Respondent. | Case No. CV 09-8044-ODW (MLG)<br><br>ORDER ACCEPTING AND ADOPTING<br>FINDINGS AND RECOMMENDATIONS OF<br>UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Petition for Writ of Habeas Corpus and all of the records herein, including the Report and Recommendations of the United States Magistrate Judge and has conducted a de novo review of those portions of the Report and Recommendations to which objections were filed.

IT IS ORDERED that (1) the Court accept and adopt the Report and Recommendation, (2) the Petition for Writ of Habeas Corpus is GRANTED, and (3) Judgment be entered granting the petition and ordering that the California Board of Parole Hearings credit Petitioner's parole period for the time he spent in confinement that was in violation of his due process rights.

1    IT IS FURTHER ORDERED that the Clerk shall serve copies of this

2  Order and the Judgment herein on all parties.

3

4  Dated: September 21, 2010

5

6

7                                    _____
                                     Otis D. Wright, II
8                                    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28