JS-6/ENTER

FILED
SEP 22 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RICHARD HAUGEN, | Case No. CV 09-8044-ODW (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| JOHN MARSHALL, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and Granting the Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is GRANTED. It is further Ordered and Adjudged that the California Board of Parole Hearings credit Petitioner's parole period for the time he spent in confinement that was in violation of his due process rights.

Dated: September 21, 2010

Otis D. Wright, II
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP 22 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY